Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: JAMES RUTHERFORD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BASELINE CENTER, LLC, a California limited liability company; and DOES 1-10, inclusive<br><br>Defendants. | CASE No.: 5:20-cv-01203-VAP-SP<br><br>**Plaintiff's Application for Default Judgment by Court as to Defendant BASELINE CENTER, LLC, a California limited liability company**<br><br>Hon. Virginia A. Phillips<br><br>Date:  November 2, 2020<br>Time:  2:00 p.m.<br>Ctrm:  8A |

To Defendant BASELINE CENTER, LLC, a California limited liability company and their attorneys of record, if any: Please take notice that on **November 2, 2020 at 9:30 a.m.** or as soon thereafter as this matter may be heard by this Court located at 350 W. P[1] Street, Courtroom 8A, Los Angeles, CA 90012, Plaintiff James Rutherford will present his application for default judgment against Defendant BASELINE CENTER, LLC, a California limited liability company. The Clerk has

---

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

previously entered Default as to Defendant BASELINE CENTER, LLC, a California limited liability company on July 29, 2020.

At the time and place of the hearing, Plaintiff will present proof of the following matters; (1) Defendant is neither a minor nor incompetent person nor in military service or otherwise exempted under the Soldier and Sailor's Relief Act of 1940; (2) Defendant has not appeared in this action; and (3) Plaintiff is entitled to judgment against Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, including violations of the 2010 ADAAG Sections 208.3.1, 502, and 206.4.

Plaintiff seeks an Order directing Defendant to remediate and provide accessibility features that comport with the 2010 ADAAG for the property located at 13451 Baseline Ave. G, Fontana, CA 92336. Plaintiff further seeks $4,575.00 in attorney fees and costs as set forth in the attached declaration of Joseph R. Manning, Jr. and declaratory relief. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this original application for default judgment by court was served on Defendant BASELINE CENTER, LLC, a California limited liability company on **September 29, 2020**, by first class United States Mail, postage prepaid.

Dated: September 29, 2020        **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT