UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>BASELINE CENTER LLC et al.,<br><br>    Defendants. | Case No. 5:20-cv-01203-MCS-SP<br><br>**JUDGMENT** |

Pursuant to this Court's Order Dismissing Action Pursuant to Federal Rule of Civil Procedure 4(m),

IT IS ADJUDGED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 21, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE